# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: June 16, 2014 |
| Court Reporter: Janet Coppock | Time: 22 minutes |
| Probation Officer: Michele Means | Interpreter: Susanna Cahill |

**CASE NO. 13-CR-00483-PAB**

<u>Parties</u>                                                  <u>Counsel</u>

**UNITED STATES OF AMERICA,**          Geoffrey Rieman

      Plaintiff,

vs.

**ARMANDO CAMACHO-ANDRADE,**          Brian Leedy

      Defendant.

## SENTENCING

**9:04 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.

Page Two
13-CR-00483-PAB
June 16, 2014

The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Leedy in support of the defendant's Request for a One Level Variance in Exchange for Appellate Waiver and the Imposition of a Sentence of 8 Months Imprisonment and comments addressing sentencing.

Argument by Mr. Rieman and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Request for a One Level Variance in Exchange for Appellate Waiver and the Imposition of a Sentence of 8 Months Imprisonment [Docket No. 23], is **GRANTED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **January 22, 2014** to count **1 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **10** months.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecutions.

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

```
```
Case 1:13-cr-00483-PAB   Document 26   Filed 06/16/14   USDC Colorado   Page 3 of 3

Page Three
13-CR-00483-PAB
June 16, 2014

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:26 a.m.     COURT IN RECESS**

**Total in court time:   22 minutes**

**Hearing concluded**